# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN   DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
|  | * |  |
| UNITED STATES OF AMERICA | * |  |
|  | * |  |
|  | * | NO: 4:03CR00153   SWW |
| VS. | * |  |
|  | * |  |
|  | * |  |
| ERIC LAMONT WILLIAMS | * |  |
|  | * |  |
|  | * |  |

## ORDER

Before the Court is Defendant's *pro se* motion to reduce his sentence pursuant to 18

U.S.C. § 3582(c)(2)  based on retroactive application of the crack cocaine penalty reduction

imposed by the United States Sentencing Commission, effective March 3, 2008.  By order

entered March 18, 2008, the Court denied Defendant's motion to vacate, set aside, or correct his

sentence pursuant to 28 U.S.C. § 2255.  In the same order, the Court denied Defendant's

previous motion for a  reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the crack

cocaine penalty reduction.  For the reasons set forth in the order entered March 18, 2008,

Defendant  is not eligible for a sentence reduction.

IT IS THEREFORE ORDERED that Defendant's *pro se* motion to reduce his sentence

(docket entry #242) is DENIED.

IT IS SO ORDERED THIS 8TH DAY OF APRIL, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE